UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X
UNITED STATES OF AMERICA

    -against-

BALDASSARE AMATO, et al.

        Defendants.

- - - - - - - - - -X

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

CR 03-1382
    File Number

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case, and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
May 31, 2006

                                              NICHOLAS G. GARAUFIS
                                              UNITED STATES DISTRICT JUDGE

__X__ DURING TRIAL                  ____ TRANSPORTATION

____ DELIBERATING                ____ LODGING

____ SEQUESTERED                 ____ OTHER _____

____ BREAKFAST

__x__ LUNCH

____ DINNER

(NOTE: Check the appropriate box)