UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

BALDASSARE AMATO, et al.

        Defendants.

- - - - - - - - - -X

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

CR 03-1382
    File Number

It is ORDERED that the Marshal supply proper sustenance to the ( 17 ) jurors empaneled in the above entitled case, and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 1, 2006

                      NICHOLAS G. GARAUFIS
                      UNITED STATES DISTRICT JUDGE

_X_ DURING TRIAL

___ DELIBERATING

___ SEQUESTERED

___ BREAKFAST

_x_ LUNCH

___ DINNER

___ TRANSPORTATION

___ LODGING

___ OTHER _____

(NOTE: Check the appropriate box)