UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - -X
UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

-against-

CR-03-1382 (NGG)

BALDASSARE AMATO, et al.

- - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 6, 2006

| | |
|---|---|
| __X__ DURING TRIAL | ___ TRANSPORTATION |
| ___ DELIBERATING | ___ LODGING |
| ___ SEMI-SEQUESTERED | ___ OTHER _____ |
| ___ BREAKFAST | |
| __X__ LUNCH | |
| ___ DINNER | |

/s/
_____
NICHOLAS G. GARAUFIS, U.S.D.J.