UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - -X
UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

-against-

CR-03-1382  (NGG)

BALDASSARE AMATO, et al.

- - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 12, 2006

__X__ DURING TRIAL

____ DELIBERATING

____ SEMI-SEQUESTERED

____ BREAKFAST

__X__ LUNCH

____ DINNER

____ TRANSPORTATION

____ LODGING

____ OTHER _____

_____
NICHOLAS G. GARAUFIS, U.S.D.J.