UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - -X

UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

-against-

CR-03-1382    (NGG)

BALDASSARE AMATO, et al.

- - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case and to the (  ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 19, 2006

_X_  DURING TRIAL

___  DELIBERATING

___  SEMI-SEQUESTERED

___  BREAKFAST

_X_  LUNCH

___  DINNER

___  TRANSPORTATION

___  LODGING

___  OTHER _____

_____
NICHOLAS G. GARAUFIS, U.S.D.J.