```
UNITED STATES DISTRICT COURT          ORDER OF SUSTENANCE
EASTERN DISTRICT OF NEW YORK          ORDER OF TRANSPORTATION or
- - - - - - - - - -X                  ORDER FOR LODGING
UNITED STATES OF AMERICA


        -against-                     CR-03-1382   (NGG)


BALDASSARE AMATO, et al.



- - - - - - - - - -X
```

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 21, 2006


| | | | |
|---|---|---|---|
| _X_ | DURING TRIAL | ___ | TRANSPORTATION |
| ___ | DELIBERATING | ___ | LODGING |
| ___ | SEMI-SEQUESTERED | ___ | OTHER _____ |
| ___ | BREAKFAST | | |
| _X_ | LUNCH | | |
| ___ | DINNER | | |


                                      _____
                                      NICHOLAS G. GARAUFIS, U.S.D.J.