UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X
UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

     -against-

CR-03-1382   (NGG)

BALDASSARE AMATO, et al.

- - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 23, 2006

| | | | |
|---|---|---|---|
| _X_ | DURING TRIAL | ___ | TRANSPORTATION |
| ___ | DELIBERATING | ___ | LODGING |
| ___ | SEMI-SEQUESTERED | ___ | OTHER _____ |
| ___ | BREAKFAST | | |
| _X_ | LUNCH | | |
| ___ | DINNER | | |

                                          _____
                                          NICHOLAS G. GARAUFIS, U.S.D.J.