UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X
UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

-against-

CR-03-1382  (NGG)

BALDASSARE AMATO, et al.

- - - - - - - - - -X
   It is ORDERED that the Marshal supply proper sustenance to
the ( 18 ) jurors empaneled in the above entitled case and to the ( )
Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 23,2006


 X   DURING TRIAL

____  DELIBERATING

____  SEMI-SEQUESTERED

____  BREAKFAST

 X   LUNCH

____  DINNER

____  TRANSPORTATION

____  LODGING

____  OTHER _____


_____
NICHOLAS G. GARAUFIS, U.S.D.J.