```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X              ORDER OF SUSTENANCE
UNITED STATES OF AMERICA           ORDER OF TRANSPORTATION or
                                   ORDER FOR LODGING
        -against-
                                   CR 03-1382
BALDASSARE AMATO, et al.           _____
                                        File Number

              Defendants.

- - - - - - - - - -X
```

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case, and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 26, 2006

NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

__X__ DURING TRIAL                 ____ TRANSPORTATION

____ DELIBERATING                  ____ LODGING

____ SEQUESTERED                   ____ OTHER _____

____ BREAKFAST

__x__ LUNCH

____ DINNER

(NOTE: Check the appropriate box)