```
UNITED STATES DISTRICT COURT          ORDER OF SUSTENANCE
EASTERN DISTRICT OF NEW YORK          ORDER OF TRANSPORTATION or
- - - - - - - - - -X                  ORDER FOR LODGING
UNITED STATES OF AMERICA

        -against-                     CR 03-1382
                                           File Number
BALDASSARE AMATO, et al.


             Defendants.

- - - - - - - - - -X
```

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case, and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 28, 2006

_____
NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE


| | | | |
|---|---|---|---|
| **X** | DURING TRIAL | ___ | TRANSPORTATION |
| ___ | DELIBERATING | ___ | LODGING |
| ___ | SEQUESTERED | ___ | OTHER _____ |
| ___ | BREAKFAST | | |
| **x** | LUNCH | | |
| ___ | DINNER | | |

(NOTE: Check the appropriate box)