UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X
UNITED STATES OF AMERICA

    -against-

BALDASSARE AMATO, et al.

         Defendants.

- - - - - - - - - -X

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

CR 03-1382
    File Number

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case, and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 28, 2006

                          NICHOLAS G. GARAUFIS
                          UNITED STATES DISTRICT JUDGE

| | | | |
|---|---|---|---|
| X | DURING TRIAL | ___ | TRANSPORTATION |
| ___ | DELIBERATING | ___ | LODGING |
| ___ | SEQUESTERED | ___ | OTHER _____ |
| ___ | BREAKFAST | | |
| X | LUNCH | | |
| ___ | DINNER | | |

(NOTE: Check the appropriate box)