```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X
UNITED STATES OF AMERICA

        -against-

BALDASSARE AMATO, et al.

                    Defendants.
- - - - - - - - - -X
```

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

CR 03-1382
        File Number

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case, and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 29, 2006

_____
NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

_X_ DURING TRIAL            ___ TRANSPORTATION

___ DELIBERATING            ___ LODGING

___ SEQUESTERED             ___ OTHER _____

___ BREAKFAST

_X_ LUNCH

___ DINNER

(NOTE: Check the appropriate box)