UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - -X
UNITED STATES OF AMERICA

    -against-

BALDASSARE AMATO, et al.

    Defendants.
- - - - - - - - -X

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

CR 03-1382
    File Number

It is ORDERED that the Marshal supply proper sustenance to the ( 18 ) jurors empaneled in the above entitled case, and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
June 29, 2006

_____
NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

_X_ DURING TRIAL

___ DELIBERATING

___ SEQUESTERED

___ BREAKFAST

_x_ LUNCH

___ DINNER

___ TRANSPORTATION

___ LODGING

___ OTHER _____

(NOTE: Check the appropriate box)