UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X
UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

-against-

CR-03-1382   (NGG)

BALDASSARE AMATO, et al.


- - - - - - - - - -X
          It is ORDERED that the Marshal supply proper sustenance to
the ( 18 ) jurors empaneled in the above entitled case and to the (  )
Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
July 6, 2006


 X   DURING TRIAL

___  DELIBERATING

___  SEMI-SEQUESTERED

___  BREAKFAST

 X   LUNCH

___  DINNER

___  TRANSPORTATION

___  LODGING

___  OTHER _____


_____/_____
NICHOLAS G. GARAUFIS, U.S.D.J.