```
UNITED STATES DISTRICT COURT              ORDER OF SUSTENANCE
EASTERN DISTRICT OF NEW YORK              ORDER OF TRANSPORTATION or
- - - - - - - - - -X                      ORDER FOR LODGING
UNITED STATES OF AMERICA


        -against-                         CR-03-1382   (NGG)


BALDASSARE AMATO, et al.



- - - - - - - - - -X
        It is ORDERED that the Marshal supply proper sustenance to
the ( 16 ) jurors empaneled in the above entitled case and to the ( )
Deputy United States Marshal(s) in attendance thereon.
Dated: Brooklyn, New York
July 7, 2006
```

| | | | |
|---|---|---|---|
| _X_ | DURING TRIAL | ___ | TRANSPORTATION |
| ___ | DELIBERATING | ___ | LODGING |
| ___ | SEMI-SEQUESTERED | ___ | OTHER _____ |
| ___ | BREAKFAST | | |
| ___ | LUNCH | | |
| ___ | DINNER | | |
| _X_ | SNACK | | |

```
                                          _____U_____
                                          NICHOLAS G. GARAUFIS, U.S.D.J.
```

```
UNITED STATES DISTRICT COURT            ORDER OF SUSTENANCE
EASTERN DISTRICT OF NEW YORK            ORDER OF TRANSPORTATION or
- - - - - - - - - -X                    ORDER FOR LODGING
UNITED STATES OF AMERICA


          -against-                     CR-03-1382   (NGG)


BALDASSARE AMATO, et al.



- - - - - - - - - -X
```

It is ORDERED that the Marshal supply proper sustenance to the ( 16 ) jurors empaneled in the above entitled case and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
July 7, 2006


| _X_ | DURING TRIAL | ___ | TRANSPORTATION |
| ___ | DELIBERATING | ___ | LODGING |
| ___ | SEMI-SEQUESTERED | ___ | OTHER _____ |
| ___ | BREAKFAST | | |
| _X_ | LUNCH | | |
| ___ | DINNER | | |


_____
NICHOLAS G. GARAUFIS, U.S.D.J.