UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - -X
UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

-against-

CR-03-1382    (NGG)

BALDASSARE AMATO, et al.

- - - - - - - - - -X
        It is ORDERED that the Marshal supply proper sustenance to
the ( 16 ) jurors empaneled in the above entitled case and to the ( )
Deputy United States Marshal(s) in attendance thereon.

Dated:  Brooklyn, New York
July 10,2006


_X_    DURING TRIAL

___    DELIBERATING

___    SEMI-SEQUESTERED

___    BREAKFAST

_X_    LUNCH

___    DINNER

___    SNACK

___    TRANSPORTATION

___    LODGING

___    OTHER _____


_____
NICHOLAS G. GARAUFIS, U.S.D.J.