UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - -X
UNITED STATES OF AMERICA

ORDER OF SUSTENANCE
ORDER OF TRANSPORTATION or
ORDER FOR LODGING

-against-

CR-03-1382  (NGG)

BALDASSARE AMATO, et al.

- - - - - - - - - - -X

It is ORDERED that the Marshal supply proper sustenance to the ( 16 ) jurors empaneled in the above entitled case and to the ( ) Deputy United States Marshal(s) in attendance thereon.

Dated: Brooklyn, New York
July 11,2006

_X_ DURING TRIAL

___ DELIBERATING

___ SEMI-SEQUESTERED

___ BREAKFAST

_X_ LUNCH

___ DINNER

___ SNACK

___ TRANSPORTATION

___ LODGING

___ OTHER _____

NICHOLAS G. GARAUFIS, U.S.D.J.